**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**June 22, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

RISHEEN DANIEL ROBINSON,

    Defendant - Appellant.

No. 20-3103
(D.C. No. 5:10-CR-40037-DDC-1)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]
_____

This matter is before the court on the government's *Unopposed Motion for Summary Affirmance*, which moves for summary affirmance of the district court's order denying Defendant-Appellant Risheen Daniel Robinson relief under the First Step Act based on the United States Supreme Court's recent decision in *Terry v. United States*, 593 U.S. ___ (2021).

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because this matter is being decided on a motion for summary affirmance, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore submitted without oral argument.

Upon consideration, the motion for summary affirmance is GRANTED. Based on the Supreme Court's decision in *Terry*, the judgment of the district court is AFFIRMED.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk